IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF PUERTO RICO

IN RE:

ALEJANDRO CAMPOS SANCHEZ

MYRNA JULIA CORDERO SANCHEZ

XXX-XX-2610

XXX-XX-0332

Debtor(s)

CASE NO. 12-09018 MCF

Chapter 13

**FILED & ENTERED ON 2/11/2014**

## ORDER DISMISSING CASE

Upon the trustee's motion for dismissal of the above captioned case (docket entry #68), and the debtor(s) having failed to timely reply to said motion, it is now

ORDERED that this case be and hereby is dismissed; and it is further

ORDERED that the Clerk shall dismiss and close any contested matter or adversary proceeding related to the instant case.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this 11 day of February, 2014.

*Mildred Cabán*

Mildred Caban Flores
U. S. Bankruptcy Judge

C:    All creditors
      F/up